The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Freddie Beckham, III
   v. Commonwealth of Virginia
   Record No. 1146-16-2
   Opinion rendered by Chief Judge Huff on
   May 30, 2017

2. Tyrone Logan, s/k/a Tyrone Lamont Logan
   v. Commonwealth of Virginia
   Record No. 0867-16-2
   Opinion rendered by Judge Beales on
   June 20, 2017

3. Edy Canales
   v. Marvic Alejandro Torres Orellana
   Record No. 1073-16-4
   En Banc Opinion rendered by Judge Humphreys on
   June 20, 2017

4. Timothy Kenneth Bartley
   v. Commonwealth of Virginia
   Record No. 1336-16-3
   Opinion rendered by Judge Petty on
   June 20, 2017

5 Hassan Christopher Atkins
   v. Commonwealth of Virginia
   Record No. 1542-16-2
   Opinion rendered by Judge Decker on
   July 5, 2017